UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR FOOD SAFETY**, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> **ENVIRONMENTAL PROTECTION AGENCY**, et al., <br><br> Defendants. | CIVIL NO. 1:23-cv-1633-CKK <br><br> JOINT STATUS REPORT |

Under the Court's Order of July 9, 2024, directing the parties to provide an update on any disputes regarding the administrative record in this matter by December 12, 2024, the parties[1] provide the following:

1. EPA filed the First Amended Administrative Record Index to the Certified Administrative Record on August 22, 2024. ECF No. 48. EPA provided the documents to Plaintiffs and Intervenor-Defendants via box.com link shortly thereafter.

2. While Plaintiffs have been reviewing the administrative record, more time is required to complete review of the voluminous record (including over 123,000 pages). Lead counsel for Plaintiffs has been on family leave since early summer

---

[1] The parties are Defendants U.S. Environmental Protection Agency and Michael S. Regan, in his official capacity as Administrator of the U.S. Environmental Protection Agency (collectively, "Federal Defendants"); Plaintiffs Center for Food Safety, Pesticide Action Network North America, and Alianze de Campesinas (collectively, "Plaintiffs"); and Intervenor-Defendant Corteva Agriscience, LLC ("Intervenor Corteva").

and returns mid-December. Plaintiffs' other counsel further had competing litigation deadlines, including summary judgment motions and hearing in *Center for Food Safety v. EPA*, No. 23-cv-2714 (N.D. Cal) and an appellate oral argument in *Natural Grocers et al. v. Thomas Vilsack*, No. 22-16770 (Ninth Cir.).

3. The parties have conferred and agree that additional time to complete review of and any disputes over the administrative record is required. As such, the parties propose to file a joint status report with the Court by February 17, 2025, informing the Court of the status of any disputes regarding the administrative record and whether motion practice as to the completeness of the record is required.

Respectfully submitted,

*/s/ Amy van Saun*
Amy van Saun (OR0020)
CENTER FOR FOOD SAFETY
2009 NE Alberta Street, Suite 207
Portland, OR 97211
Phone: (971) 271-7372
Email: avansaun@centerforfoodsafety.or

Kristina Sinclair (CA329416)
CENTER FOR FOOD SAFETY
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
Phone: (415) 826-2770
Email: ksinclair@centerforfoodsafety.org

*Counsel for Plaintiffs*

|  |  |
|---|---|
|  | TODD KIM |
|  | ASSISTANT ATTORNEY GENERAL |
|  | United States Department of Justice |
|  | Environment and Natural Resources Division |
|  |  |
|  | */s/ Elliot Higgins* |
| Of Counsel: | ELLIOT HIGGINS (NY Bar No. 5737903) |
| Benjamin Wakefield | ERIKA FURLONG (PA Bar No. 319350) |
| Michele Knorr | Trial Attorneys |
| United States Environmental | Environment & Natural Resources Division |
| Protection Agency | United States Department of Justice |
| Office of General Counsel | P.O. Box 7611 |
|  | Washington, DC 20044 |
|  | (202) 598-0240 (Higgins) |
|  | (202) 305-0424 (Furlong) |
|  | elliot.higgins@usdoj.gov |
|  | erika.furlong@usdoj.gov |

*Counsel for Federal Defendants*


 */s/ David Y. Chung*
Kirsten L. Nathanson (D.C. Bar #463992)
David Y. Chung (D.C. Bar #500420)
Amy B. Symonds (D.C. Bar #1010362)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500
knathanson@crowell.com
dchung@crowell.com
asymonds@crowell.com

*Counsel for Defendant-Intervenor Corteva Agriscience, LLC*

3

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was filed electronically with the Clerk of Court of the District of Columbia by using the CM/ECF system, which provides notice of fling to all counsel of record by electronic means.

*/s/ Amy van Saun*