UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN,[1] Administrator of the U.S. Environmental Protection Agency,<br><br>　　　　Defendants. | CIVIL NO. 1:23-cv-1633-CKK<br><br>JOINT STATUS REPORT |

　　　　Under the Court's Order of December 11, 2024, directing the parties to provide an update on any disputes regarding the administrative record in this matter by February 17, 2025, the parties[2] provide the following:

　　　　1.　　EPA filed the First Amended Administrative Record Index to the Certified Administrative Record on August 22, 2024. ECF No. 48. EPA provided the documents to Plaintiffs and Intervenor Corteva via a box.com link shortly thereafter.

---

[1] Administrator Zeldin is substituted for former Administrator Michael S. Regan pursuant to Federal Rule of Appellate Procedure 43(c)(2).

[2] The parties are Defendants U.S. Environmental Protection Agency and Lee Zeldin, in his official capacity as Administrator of the U.S. Environmental Protection Agency (collectively, "EPA"); Plaintiffs Center for Food Safety, Pesticide Action Network North America, and Alianze de Campesinas (collectively, "Plaintiffs"); and Intervenor-Defendant Corteva Agriscience, LLC ("Intervenor Corteva").

2.   On December 11, 2024, the parties reported that Plaintiffs had been reviewing the administrative record, but more time was required to complete review of the voluminous record (including over 123,000 pages). ECF No. 49. The parties proposed to file a joint status report with the Court by February 17, 2025, informing the Court of the status of any disputes regarding the administrative record and whether motion practice as to the completeness of the record is required. *Id.*

3.   That same day, the Court ordered that the parties shall file a joint status report on or before February 17, 2025 informing the Court of the status of any disputes regarding the administrative record and whether motions practice as to the completeness of the record is required.

4.   Since then, the parties have continued reviewing the administrative record. On January 31, 2025, Plaintiffs sent EPA a list of concerns related to the administrative record. EPA has been reviewing Plaintiffs' list of concerns, but EPA requires more time to evaluate the list. Once EPA responds to Plaintiffs' list, the parties will be able to determine whether record motions are necessary.

5.   The parties have conferred and agree that additional time to complete review of and any disputes over the administrative record is required. As such, the parties propose to file a joint status report with the Court by March 17, 2025, informing the Court of the status of any disputes regarding the administrative record and whether motion practice as to the completeness of the record is required.

Respectfully submitted,

| | |
|---|---|
| Of Counsel:<br>Benjamin Wakefield<br>Michele Knorr<br>United States Environmental<br>Protection Agency<br>Office of General Counsel | /s/ Elliot Higgins<br>ELLIOT HIGGINS (NY Bar No. 5737903)<br>ERIKA FURLONG (PA Bar No. 319350)<br>Trial Attorneys<br>Environment & Natural Resources Division<br>United States Department of Justice<br>P.O. Box 7611<br>Washington, DC 20044<br>(202) 598-0240 (Higgins)<br>(202) 305-0424 (Furlong)<br>elliot.higgins@usdoj.gov<br>erika.furlong@usdoj.gov |

*Counsel for Federal Defendants*

/s/ Amy van Saun
Amy van Saun (OR0020)
CENTER FOR FOOD SAFETY
2009 NE Alberta Street, Suite 207
Portland, OR 97211
Phone: (971) 271-7372
Email: avansaun@centerforfoodsafety.or

Kristina Sinclair (CA329416)
CENTER FOR FOOD SAFETY
600 California Street, Suite 12-013
San Francisco, CA 94108
Phone: (415) 826-2770
Email: ksinclair@centerforfoodsafety.org

*Counsel for Plaintiffs*

/s/ David Y. Chung
Kirsten L. Nathanson (D.C. Bar #463992)
David Y. Chung (D.C. Bar #500420)
Amy B. Symonds (D.C. Bar #1010362)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500
knathanson@crowell.com
dchung@crowell.com
asymonds@crowell.com

*Counsel for Defendant-Intervenor*
*Corteva Agriscience, LLC*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was filed electronically with the Clerk of Court of the District of Columbia by using the CM/ECF system, which provides notice of fling to all counsel of record by electronic means.

*/s/ Elliot Higgins*