# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al., | |
| Plaintiffs, | CIVIL NO. 1:23-cv-1633-CKK |
| vs. | JOINT STATUS REPORT |
| ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN,[1] Administrator of the U.S. Environmental Protection Agency, | |
| Defendants. | |

Under the Court's Order of February 14, 2025, directing the parties to provide an update on any disputes regarding the administrative record in this matter by March 17, 2025, the parties[2] provide the following:

1. EPA filed the First Amended Administrative Record Index to the Certified Administrative Record on August 22, 2024. ECF No. 48. EPA provided the documents to Plaintiffs and Intervenor Corteva via a box.com link shortly thereafter.

---

[1] Administrator Zeldin is substituted for former Administrator Michael S. Regan pursuant to Federal Rule of Appellate Procedure 43(c)(2).

[2] The parties are Defendants U.S. Environmental Protection Agency and Lee Zeldin, in his official capacity as Administrator of the U.S. Environmental Protection Agency (collectively, "EPA"); Plaintiffs Center for Food Safety, Pesticide Action Network North America, and Alianze de Campesinas (collectively, "Plaintiffs"); and Intervenor-Defendant Corteva Agriscience, LLC ("Intervenor Corteva").

2. On December 11, 2024, the parties reported that Plaintiffs had been reviewing the administrative record, but more time was required to complete review of the voluminous record (including over 123,000 pages). ECF No. 49.

3. On February 17, 2025, the parties reported that they had continued reviewing the administrative record. The parties further reported that Plaintiffs sent EPA a list of concerns related to the administrative record and that EPA had been reviewing Plaintiffs' list of concerns, but EPA required more time to evaluate the list. The parties proposed to file a joint status report with the Court by March 17, 2025, informing the Court of the status of any disputes regarding the administrative record and whether motion practice as to the completeness of the record is required. *Id.*

4. That same day, the Court ordered that the parties shall file a joint status report on or before March 17, 2025 informing the Court of the status of any disputes regarding the administrative record and whether motions practice as to the completeness of the record is required.

5. Since February 17, EPA has responded to Plaintiffs' list of concerns related to the administrative record. Upon consideration of Plaintiffs' list, EPA agreed that certain changes to the administrative record would be necessary, and EPA stated its intention to file a Second Amended Administrative Record Index to the Certified Administrative Record.

6. The parties have conferred and agree that additional time is required to determine whether any disputes concerning the administrative record exist. During this

2

additional time, EPA will file the Second Amended Administrative Record Index to the Certified Administrative Record, and Plaintiffs and Intervenors will review that index and determine whether motion practice as to the completeness of the record is required. As such, the parties propose to file a joint status report with the Court by April 17, 2025, informing the Court of the status of any disputes regarding the administrative record and whether motion practice as to the completeness of the record is required.

Respectfully submitted,

Of Counsel:
Benjamin Wakefield
Michele Knorr
United States Environmental
Protection Agency
Office of General Counsel

*/s/ Elliot Higgins*
ELLIOT HIGGINS (NY Bar No. 5737903)
ERIKA FURLONG (PA Bar No. 319350)
Trial Attorneys
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 598-0240 (Higgins)
(202) 305-0424 (Furlong)
elliot.higgins@usdoj.gov
erika.furlong@usdoj.gov

*Counsel for Federal Defendants*

*/s/ Amy van Saun*
Amy van Saun (OR0020)
CENTER FOR FOOD SAFETY
2009 NE Alberta Street, Suite 207
Portland, OR 97211
Phone: (971) 271-7372
Email: avansaun@centerforfoodsafety.or

Kristina Sinclair (CA329416)
CENTER FOR FOOD SAFETY
600 California Street, Suite 12-013
San Francisco, CA 94108

3

        Phone: (415) 826-2770
        Email: ksinclair@centerforfoodsafety.org

*Counsel for Plaintiffs*

 */s/ David Y. Chung*
Kirsten L. Nathanson (D.C. Bar #463992)
David Y. Chung (D.C. Bar #500420)
Amy B. Symonds (D.C. Bar #1010362)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500
knathanson@crowell.com
dchung@crowell.com
asymonds@crowell.com

*Counsel for Defendant-Intervenor Corteva Agriscience, LLC*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was filed electronically with the Clerk of Court of the District of Columbia by using the CM/ECF system, which provides notice of floing to all counsel of record by electronic means.

        */s/ Elliot Higgins*