UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al., | |
| Plaintiffs, | CIVIL NO. 1:23-cv-1633-CKK |
| vs. | JOINT STATUS REPORT |
| ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN,[1] Administrator of the U.S. Environmental Protection Agency, | |
| Defendants. | |

Under the Court's Order of March 14, 2025, directing the parties to provide an update on any disputes regarding the administrative record in this matter by April 17, 2025, the parties[2] provide the following:

1.  In July 2024, Plaintiffs filed their First Amended Complaint, alleging that EPA's decisions to renew registrations for herbicides Enlist One and Enlist Duo and to remove restrictions from their product labels violate the Federal Insecticide, Fungicide, and Rodenticide Act ("FIFRA"). ECF No. 45.

---

[1] Administrator Zeldin is substituted for former Administrator Michael S. Regan pursuant to Federal Rule of Appellate Procedure 43(c)(2).
[2] The parties are Defendants U.S. Environmental Protection Agency and Lee Zeldin, in his official capacity as Administrator of the U.S. Environmental Protection Agency (collectively, "EPA"); Plaintiffs Center for Food Safety, Pesticide Action Network North America, and Alianze de Campesinas (collectively, "Plaintiffs"); and Intervenor-Defendant Corteva Agriscience, LLC ("Intervenor Corteva").

2.     EPA and Intervenor Corteva filed their respective answers later that month. ECF Nos. 46-47.

3.     In August 2024, EPA filed the First Amended Index to the Certified Administrative Record. ECF No. 48. In January 2025, Plaintiffs sent EPA a list of concerns related to the administrative record. *See* ECF No. 50. Upon consideration of Plaintiffs' list, EPA agreed that certain changes to the administrative record would be necessary, and EPA therefore filed its Second Amended Administrative Record Index to the Certified Administrative Record in March 2025. ECF No. 52.

4.     Upon reviewing the Second Amended Administrative Record Index to the Certified Administrative Record, Plaintiffs and Intervenor Corteva report that they do not believe motions concerning the adequacy of the administrative record will be necessary.

5.     Accordingly, the parties believe that this case should proceed to summary-judgment briefing. *Blue Ocean Inst. v. Gutierrez*, 585 F. Supp. 2d 36, 41 (D.D.C. 2008) ("Summary judgment is the proper mechanism for deciding, as a matter of law, whether an agency action is supported by the administrative record and consistent with the APA standard of review.").

6.     The parties have conferred and agree that additional time is required to negotiate a proposed summary-judgment briefing schedule and proposed page limits. As such, the parties propose to file a joint status report with the Court by May 8, 2025, that will include a proposed summary-judgment briefing format.

Respectfully submitted,

|  |  |
|---|---|
| Of Counsel:<br>Benjamin Wakefield<br>Michele Knorr<br>United States Environmental<br>Protection Agency<br>Office of General Counsel | */s/ Elliot Higgins*<br>ELLIOT HIGGINS (NY Bar No. 5737903)<br>ERIKA FURLONG (PA Bar No. 319350)<br>Trial Attorneys<br>Environment & Natural Resources Division<br>United States Department of Justice<br>P.O. Box 7611<br>Washington, DC 20044<br>(202) 598-0240 (Higgins)<br>(202) 305-0424 (Furlong)<br>elliot.higgins@usdoj.gov<br>erika.furlong@usdoj.gov |

*Counsel for Federal Defendants*

*/s/ Kristina Sinclair*
Amy van Saun (OR0020)
CENTER FOR FOOD SAFETY
2009 NE Alberta Street, Suite 207
Portland, OR 97211
Phone: (971) 271-7372
Email: avansaun@centerforfoodsafety.or

Kristina Sinclair (CA329416)
CENTER FOR FOOD SAFETY
600 California Street, Suite 12-013
San Francisco, CA 94108
Phone: (415) 826-2770
Email: ksinclair@centerforfoodsafety.org

*Counsel for Plaintiffs*

*/s/ Kirsten L. Nathanson*
Kirsten L. Nathanson (D.C. Bar #463992)
David Y. Chung (D.C. Bar #500420)
Amy B. Symonds (D.C. Bar #1010362)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500
knathanson@crowell.com

>dchung@crowell.com
>asymonds@crowell.com
>
>*Counsel for Defendant-Intervenor*
>*Corteva Agriscience, LLC*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was filed electronically with the Clerk of Court of the District of Columbia by using the CM/ECF system, which provides notice of fling to all counsel of record by electronic means.

>*/s/ Elliot Higgins*