UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants, <br><br> and <br><br> CORTEVA AGRISCIENCE, LLC, <br><br> Defendant-Intervenor. | Civil Action No. 23-1633 (CKK) |

ORDER SETTING BRIEFING SCHEDULE
(May 7, 2025)

For the reasons stated in the parties' latest [54] Joint Status Report, the Court **ORDERS** that the parties adhere to the following briefing schedule and page limitations:

| Filing | Deadline | Length |
|---|---|---|
| Plaintiffs' motion for summary judgment | August 21, 2025 | 50 pages |
| EPA's combined response in opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment | October 20, 2025 | 55 pages |
| Corteva's combined response in opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment | November 3, 2025 | 40 pages |
| Plaintiffs' combined reply in support of motion for summary judgment and opposition to EPA's and Corteva's cross-motions for summary judgment | January 7, 2026 | 70 pages |
| EPA's reply in support of cross-motion for summary judgment | March 10, 2026 | 45 pages |
| Corteva's reply in support of cross-motion for summary judgment | March 24, 2026 | 30 pages |

**SO ORDERED**.



COLLEEN KOLLAR-KOTELLY
United States District Judge