**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al., | Case No. 1:23-cv-1633-CKK |
| *Plaintiffs,* | |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| *Defendants,* | |
| and | |
| CORTEVA AGRISCIENCE, LLC, | |
| *Defendant-Intervenor.* | |

Having considered Plaintiffs' **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**, the motion is GRANTED.

IT IS SO ORDERED.


DATED:

_____
Honorable Colleen Kollar-Kotelly
United States Senior Judge

1