UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>  Defendants,<br><br>and<br><br>CORTEVA AGRISCIENCE, LLC,<br><br>  Defendant-Intervenor. | Case No. 1:23-cv-1633 |

**JOINT MOTION TO GOVERN FURTHER PROCEEDINGS**

Pursuant to this Court's November 21, 2025 minute order directing the parties[1] to file a joint motion to govern future proceedings by December 8, 2025, the parties jointly submit the following:

On October 28, 2025, this Court stayed all deadlines in the above-captioned case due to the lapse of appropriations to the Department of Justice ("DOJ") and ordered the parties to file a joint motion to govern future proceedings ten days after undersigned counsel for the DOJ notifies the Court that Congress has restored appropriations to the DOJ. On November 21, 2025, the Court extended the deadline to file a joint motion to govern further proceedings to December 8, 2025, in

---

[1] The parties are Plaintiffs Center for Food Safety, Pesticide Action Network North America, and Alianza Nacional de Campesinas (collectively, "Plaintiffs"); Defendants U.S. Environmental Protection Agency and Lee Zeldin, in his official capacity as Administrator of the U.S. Environmental Protection Agency (collectively, "EPA"); and Defendant-Intervenor Corteva Agriscience, LLC ("Corteva").

light of Corteva's voluntary cancellation of Enlist Duo, one of the herbicides at issue in this case. *See* EPA, Pesticides; Notice of Receipt of Requests to Voluntarily Cancel Certain Pesticide Registrations and/or Amend Registrations to Terminate Certain Uses With a 30-Day Comment Period (September 2025), 90 Fed. Reg. 52388 (Nov. 20, 2025).[2] The parties have conferred and agree that Plaintiffs' claims for relief concerning Enlist Duo are now moot. Accordingly, the parties propose the following schedule to govern future proceedings in the above-captioned matter:

1. The parties will file a joint stipulation of voluntary dismissal of Plaintiffs' claims for relief in their amended complaint concerning EPA's registration of Enlist Duo within two weeks of EPA's final action on Corteva's request to voluntarily cancel the registration of Enlist Duo.

2. Plaintiffs will file a revised motion for summary judgment by February 20, 2026.

3. All subsequent briefs will be filed pursuant to the parties' previously agreed upon framework for staggered briefing on the parties' cross-motions for summary judgment. *See* May 7, 2025 Joint Status Report (Dkt. 54). As the parties explained previously, *id.*, that framework would promote efficient resolution of this case by reducing the number of briefs filed by the parties and minimizing repetitive arguments.

4. Accordingly, the parties propose the following updated summary-judgment briefing schedule and page limitations:

| Filing | Deadline | Page Limits |
|---|---|---|
| Plaintiffs' revised motion for summary judgment | February 20, 2026 | 50 pages |
| EPA's combined response in opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment | April 21, 2026 (60 days following Plaintiffs' motion for summary judgment) | 55 pages |
| Corteva's combined response in opposition | May 5, 2026 (14 days | 40 pages |

---

[2] *Available at* https://www.govinfo.gov/content/pkg/FR-2025-11-20/pdf/2025-20400.pdf.

| to Plaintiffs' motion for summary judgment and cross-motion for summary judgment | following EPA's combined response and motion) | |
|---|---|---|
| Plaintiffs' combined reply in support of its motion for summary judgment and response in opposition to EPA's and Corteva's cross-motions for summary judgment | July 6, 2026 (62 days following Corteva's combined response and motion) | 70 pages |
| EPA's reply in support of cross-motion for summary judgment | September 4, 2026 (60 days following Plaintiffs' combined reply and response) | 45 pages |
| Corteva's reply in support of cross-motion for summary judgment | September 18, 2016 (14 days following EPA's combined reply and response) | 30 pages |

Dated: December 5, 2025                Respectfully submitted,

/s/ Kristina Sinclair
Amy van Saun (OR0020)
CENTER FOR FOOD SAFETY
2009 NE Alberta Street, Suite 207
Portland, OR 97211
Phone: (971) 271-7372
Email: avansaun@centerforfoodsafety.or

Kristina Sinclair (CA329416)
CENTER FOR FOOD SAFETY
600 California Street, Suite 12-013
San Francisco, CA 94108
Phone: (415) 826-2770
Email: ksinclair@centerforfoodsafety.org

*Counsel for Plaintiffs*

ADAM R.F. GUSTUFSON
Principal Deputy Assistant Attorney General

/s/ Elliot Higgins
Elliot Higgins (NY Bar No. 5737903)
Erika Furlong (PA Bar No. 319350)
Trial Attorneys
Environment & Natural Resources Division
Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 598-0240 (Higgins)
(202) 305-0424 (Furlong)
elliot.higgins@usdoj.gov

3

erika.furlong@usdoj.gov

*Counsel for Federal Defendants*

*/s/ David Y. Chung*
Kirsten L. Nathanson (DC Bar No. 463992)
David Y. Chung (DC Bar No. 500420)
Lynn T. Phan (DC Bar No. 1738637)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500
knathanson@crowell.com
dchung@crowell.com
lphan@crowell.com

*Counsel for Defendant-Intervenor Corteva Agriscience LLC*