# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR FOOD SAFETY, *et al*.,

     Plaintiffs,

  v.

ENVIRONMENTAL PROTECTION AGENCY, *et al*.,

     Defendants,

and

CORTEVA AGRISCIENCE, LLC,

     Defendant-Intervenor.

Case No. 1:23-cv-1633

**DECLARATION OF TODD A. GAINES, Ph.D.**

I, Todd A. Gaines, am over the age of 18 years old and make the following declaration pursuant to 28 U.S.C. § 1746 based on my personal knowledge and publicly available information.

## SUMMARY

1.      Herbicide resistance is an inevitable evolutionary consequence of sustained herbicide use. Weeds can develop resistance through two principal mechanisms: target-site resistance and non-target-site resistance. Target-site resistance involves mutations to the protein an herbicide is designed to inhibit and typically confers resistance only to herbicides within a single mode of action ("MOA") group. Non-target-site resistance, by contrast, prevents the herbicide from reaching or accumulating at its target site in lethal concentrations. The most common form of non-target-site resistance is metabolic resistance, in which enhanced enzymatic activity detoxifies the herbicide before it can cause lethal damage. Because the enzymes responsible for detoxifying one herbicide may also act on structurally diverse compounds, metabolic resistance can, in some cases, confer cross-resistance across different MOA groups. The use of multiple, diverse MOAs is the universally recognized cornerstone of resistance management, because it reduces the likelihood that any individual weed will carry resistance to all herbicides applied.

2.      Most documented metabolic resistance cases have arisen not in genetically engineered crop systems but in response to naturally selective herbicides, which are herbicides that crops can tolerate through their own innate metabolic processes. Metabolic resistance has been documented across a broad range of MOA groups, including Group 1, Group 2, Group 4, Group 9, Group 14, and Group 27 herbicides. The evidence establishes that metabolic resistance is not a phenomenon associated specifically with 2,4-D or with genetically engineered crop systems such as the Enlist system.

3.      Metabolic resistance to 2,4-D does not inevitably produce cross-resistance to dicamba or herbicides in other MOA groups. Although the enzymes that confer metabolic

1

resistance are capable of acting on multiple herbicides, resistance to one compound does not necessarily extend to others—even those within the same MOA group. Indeed, weed populations have been documented that exhibit metabolic resistance to 2,4-D while remaining fully susceptible to dicamba.

4.     Resistance to 2,4-D will continue to evolve regardless of whether Enlist One remains registered. Conventional 2,4-D formulations (ester and amine salts) share the same active ingredient and MOA as the 2,4-D choline in Enlist One, and any continued use of those formulations will exert similar selection pressure on weed populations as use of Enlist One. Moreover, to the extent that growers increase their reliance on dicamba in the absence of Enlist One, such use will sustain the same selection pressure for target-site resistance to the Group 4 MOA class as a whole because 2,4-D and dicamba share a common target receptor.

5.     Widespread resistance to glyphosate (Group 9) and ALS inhibitors (Group 2) has dramatically narrowed the portfolio of herbicides capable of providing reliable post-emergence weed control. Enlist One provides a Group 4 MOA option for post-emergence use in cotton and soybean—a capability that conventional 2,4-D formulations generally cannot achieve—enabling growers to target weed escapes at a critical timing window before those plants reproduce and deposit resistance alleles into the soil seed bank.

6.     Vacatur of the Enlist One registration would remove one of the few remaining post-emergence MOA options from the herbicide portfolio, concentrating selection pressure on an already narrow set of alternatives—glufosinate (Group 10), glyphosate, and dicamba—several of which are themselves already facing confirmed resistance in key weed species. This concentration of selection pressure on fewer MOAs would accelerate resistance evolution. To the extent that growers compensate by increasing their reliance on soil-applied residual herbicides (*e.g.,* Group

2

14 and Group 15) without a corresponding post-emergence MOA to control weed escapes, resistance to those chemistries would likewise be expected to accelerate.

7.    Even a brief period of reduced weed control efficacy can significantly replenish resistance traits in the soil seed bank, creating a long-term reservoir of resistant genotypes that will continue to emerge across multiple subsequent growing seasons.

## BACKGROUND AND EXPERIENCE

8.    I am a Professor of Molecular Weed Science in the Department of Agricultural Biology at Colorado State University ("CSU"), where I have served on the faculty since 2014.

9.    I also hold positions as Adjunct Assistant Professor in the Department of Agronomy at Kansas State University and as Adjunct Senior Lecturer in the School of Agriculture and Environment at the University of Western Australia.

10.    I received a Bachelor of Science degree with Honors in Soil and Crop Sciences in 2004, followed by a Master of Science degree in Plant Breeding and Genetics in 2006. I subsequently obtained a Ph.D. in Bioagricultural Science, specializing in Weed Science, from CSU. After I obtained my doctorate in 2009, I conducted postdoctoral research at the University of Western Australia as part of the Australian Herbicide Resistance Initiative from 2009 to 2013. Concurrently, from 2011 to 2013, I served as a Post-doctoral Research Associate in Weed Resistance Research at Bayer CropScience in Germany.

11.    My research focuses on the molecular and genetic bases of complex herbicide resistance mechanisms in weed species. Specifically, my work examines the biological changes responsible for resistance evolution, the inheritance patterns governing those traits, and the population-level dynamics by which resistance spreads across agricultural landscapes.

12.     My laboratory directs research projects on the shifts in the evolutionary trajectories of weedy species driven by herbicide selection pressure and resistance evolution. In addition, my program develops genomics and bioinformatics resources to characterize herbicide resistance traits in weedy species and crops.

13.     I have authored or co-authored 118 peer-reviewed publications addressing herbicide resistance mechanisms, resistance management strategies, and weed population genetics. My work has appeared in leading journals in the field, including *Proceedings of the National Academy of Sciences*, *Genome Biology*, *Weed Science*, and *Pest Management Science*.

14.     I have served as the Director of the International Weed Genomics Consortium ("IWGC") since 2016. The IWGC is an international research collaborative that provides a platform for private and public collaboration to develop genomic tools and to support global research in weed biology and management.

15.     I received the Outstanding Researcher Award from the Weed Science Society of America in 2026 and the CSU College of Agricultural Sciences Lincoln Laureate Award in 2025.

16.     I have secured more than $10.5 million in competitive research funding as principal investigator from federal, state, and industry sources. My funded research includes projects from the United States Department of Agriculture, the Defense Advanced Research Projects Agency ("DARPA"), and numerous private sponsors, all focused on pesticide resistance mechanisms and modes of action. Notably, I was awarded a DARPA Young Faculty Award in 2021, which supported research in RNA-targeting technologies to control invasive plants. I hold three U.S. patents related to herbicide resistance mechanisms and crop improvement, and I have filed multiple additional patent applications covering novel resistance mechanisms and management tools.

17.     I serve as Associate Editor of *Pest Management Science* (2020 to present), one of the leading international journals covering the science of pesticide use and resistance management, where I am responsible for evaluating submissions, selecting peer reviewers, and making publication decisions on manuscripts. I also serve as Associate Editor of *Advances in Weed Science* (2021 to present). I have served as an invited peer reviewer for numerous scientific journals including *Frontiers in Plant Science; Weed Science, New Phytologist, Nature Communications, Journal of Experimental Botany, Plant Physiology*, and *Pest Management Science*, among many others.

18.     I have also presented to the U.S. EPA Pesticide Program Dialogue Committee Resistance Management Work Group on issues relating to regulatory approaches to encourage diversity in pesticide use and slow the evolution of resistance.

## I.     SCIENTIFIC BACKGROUND ON HERBICIDE RESISTANCE

19.     Herbicide resistance refers to the inherited ability of a weed population to survive and reproduce after being treated with herbicide doses that would be lethal to a typical, susceptible population of the same species. Several factors influence how quickly resistance develops, including how often the same herbicide is used, how effective it is, its persistence in the environment, and the genetic makeup of the weed population.

20.     Herbicide resistance is an inevitable evolutionary outcome of sustained herbicide use. When the same herbicide is applied repeatedly, susceptible weeds are killed while the small number of individuals that happen to carry genetic traits conferring survival are left to reproduce. Over successive generations, those resistance traits become increasingly common in the population. Importantly, resistance develops to the herbicide's active ingredient—the chemical

compound that actually kills the weed—not to the particular commercial product or formulation in which that active ingredient is delivered.

21.    There are two principal molecular mechanisms by which weeds evolve resistance: target-site resistance and non-target-site resistance.

22.    Target-site resistance occurs when a weed develops a mutation—a change in its DNA—that alters the structure of the specific protein the herbicide is designed to bind and inhibit. Because the protein's shape has changed, the herbicide can no longer attach to it effectively, much like a key that no longer fits a changed lock. As a result, the standard herbicide dose no longer controls weeds carrying that mutation.

23.    Herbicides are classified into numbered MOA groups (*e.g.,* Group 4, Group 9, Group 10), where each group comprises herbicides that share the same target protein or biochemical process. 2,4-D and dicamba are both synthetic auxin herbicides belonging to the Group 4 MOA; however, they belong to different chemical families within that group—2,4-D is a phenoxyacetic acid, whereas dicamba is a benzoic acid.

24.    Because a target-site mutation alters only one specific protein, target-site resistance tends to confer resistance only to herbicides within a single MOA group—those that act on the same target protein—and generally does not diminish the effectiveness of herbicides belonging to different MOA groups that act on different target proteins.

25.    Non-target-site resistance mechanisms, by contrast, do not involve alterations to the herbicide's target protein itself but instead prevent the herbicide from reaching or accumulating at its target site in lethal concentrations. A common form of non-target-site resistance is metabolic resistance, which occurs when a weed population evolves the ability to chemically break down or detoxify an herbicide more rapidly than it ordinarily would. In the lock and key analogy, metabolic

6

resistance leaves the lock unchanged but intercepts and weakens the key before it reaches the lock. Unlike target-site resistance, metabolic resistance can confer resistance to multiple herbicide MOA groups simultaneously because the enzymes responsible for breaking down one herbicide may also be capable of breaking down chemically similar herbicides—even those that act on entirely different target proteins.

26. Metabolic resistance is caused by changes to enzymes, which are proteins that facilitate chemical reactions within living cells. Two families of enzymes are most commonly responsible for metabolic resistance in weeds: cytochrome P450 enzymes ("P450s") and glutathione-S-transferases ("GSTs"). P450s initiate the detoxification process by chemically modifying the herbicide molecule, altering its structure so that it can no longer function as intended. GSTs contribute by attaching other molecules to the herbicide or its modified form, further neutralizing it. These reactions occur in sequential phases: the plant first alters the herbicide's structure, then tags the altered molecule for disposal, and ultimately sequesters the inactivated product where it can no longer cause harm. In effect, the plant detoxifies the herbicide step by step. Because P450s and GSTs belong to large gene families, there is substantial natural genetic variation among individual plants in how effectively these enzymes function. This means that, within any large weed population, some individuals are likely to carry gene variants that enhance herbicide detoxification, providing the raw material for metabolic resistance to evolve when sustained herbicide use preferentially selects for those individuals.

27. A critical distinction between metabolic resistance and target-site resistance lies in the breadth of cross-resistance each can produce. Cross-resistance occurs when resistance to one herbicide simultaneously confers resistance to one or more different herbicides—including herbicides to which the weed has never been exposed. Target-site resistance generally produces

7

cross-resistance only within a single MOA group, because the underlying mutation affects only one target protein. For example, a target-site mutation conferring resistance to one Group 2 herbicide would be expected to confer resistance to other Group 2 herbicides—even those belonging to different chemical families within Group 2—because they all act on the same target protein. It would not, however, be expected to affect herbicides in other MOA groups that act on different target proteins. Metabolic resistance, by contrast, can sometimes produce cross-resistance across different MOA groups. This is because, as described above, the same detoxifying enzymes that neutralize one herbicide may also act on structurally diverse compounds belonging to unrelated MOA groups.

28.    Both target-site resistance and non-target-site resistance have evolved, to varying degrees, across most herbicide MOA groups. The practical significance of any given case of resistance depends on how broadly the resistance extends—whether it affects a single herbicide or multiple herbicides across different MOA groups—and how critical the affected herbicide or herbicides were to weed control before resistance developed.

29.    Because herbicide resistance develops through selection pressure—the process by which repeated use of the same herbicide eliminates susceptible weeds while allowing resistant individuals to survive and reproduce—using a variety of MOAs is critical to slowing resistance. MOA diversity is a universally recognized principle of herbicide resistance management. When a weed population is exposed to multiple herbicides with distinct MOAs, the likelihood that any individual weed will independently carry resistance to all of them is low because the genetic changes conferring resistance to one MOA are generally independent of those conferring resistance to another.  However, weed populations can and do accumulate multiple independent resistance mechanisms over successive generations, particularly when MOA diversity is limited, making it

8

imperative that as many distinct MOAs as possible remain available for use. Multiple MOAs can be deployed simultaneously in a tank-mix, sequentially within the same growing season, or in rotation across growing seasons to minimize the development of resistance. Conversely, when growers are forced to rely on fewer MOAs—whether because resistance has rendered some herbicides ineffective or because regulatory action has removed registered products—the resulting concentration of selection pressure on fewer MOA groups accelerates resistance evolution for the remaining effective herbicides.

## II.    METABOLIC RESISTANCE IS NOT UNIQUE TO 2,4-D OR THE ENLIST SYSTEM

30.     The vast majority of documented metabolic resistance cases have arisen not in genetically engineered crop systems, but in response to naturally selective herbicides—that is, herbicides that can be applied directly to a crop without damaging it because the crop naturally breaks down the herbicide through its own metabolic processes without any engineered trait or biotechnology. Because these crops detoxify the herbicide through their own metabolic processes, weed populations growing alongside them face evolutionary pressure to develop the same detoxification capacity. The most well-documented and problematic cases of metabolic resistance involve herbicides that are naturally selective in wheat, rice, and barley, such as the Group 1 herbicide diclofop-methyl and the Group 2 herbicide chlorsulfuron. Many grass weed species have evolved metabolic resistance to these herbicides in a way that mirrors the crops' own natural detoxification process—making naturally selective herbicides, not genetically engineered systems, the primary driver of metabolic resistance evolution.

31.     Metabolic resistance is not unique to 2,4-D or the Enlist One system but rather has been documented across a broad range of herbicide modes of action, including Group 1 – acetyl CoA carboxylase (ACCase) inhibitors, Group 2 - acetolactate synthase (ALS) inhibitors, Group 4

9

- synthetic auxins, Group 9 – EPSP synthase inhibitor, Group 14 - protoporphyrinogen oxidase (PPO) inhibitors, and Group 27 – HPPD inhibitors. For example, selection with the Group 27 herbicide tembotrione, an HPPD-inhibiting herbicide that is naturally selective in corn, has resulted in P450-mediated metabolic resistance in Palmer amaranth (*Amaranthus palmeri*) (Rigon et al., 2025). Notably, a population of waterhemp (*Amaranthus tuberculatus*) in Illinois that had been repeatedly treated with the Group 27 herbicides mesotrione and tembotrione exhibited a low level of cross-resistance to 2,4-D, despite having no known history of exposure to 2,4-D (Evans et al., 2019; Giacomini et al., 2020). This example is significant because it demonstrates that metabolic resistance driven by a naturally selective Group 27 herbicide in a conventional cropping system can confer cross-resistance to an herbicide in a different mode of action, without any involvement of a genetically engineered trait.

32.     The evidence establishes that metabolic resistance can evolve across a wide range of herbicide modes of action and is not a phenomenon associated specifically with 2,4-D or with genetically engineered crop systems.

III.    **METABOLIC RESISTANCE TO 2,4-D DOES NOT NECESSARILY CONFER CROSS-RESISTANCE TO OTHER HERBICIDES**

33.     Any assessment of the risk that Enlist One may select for metabolic resistance must be evaluated in the context of the total herbicide program across the cropping system. In practice, weed populations in agricultural fields are rarely exposed to a single herbicide. Rather, they encounter a succession of different herbicides applied across crops and growing seasons. By way of example, an herbicide program in which Enlist One is used could also include naturally selective herbicides applied to the same crops—such as Group 14 PPO-inhibiting herbicides commonly used in soybean—as well as herbicides applied to crops grown in rotation with Enlist One crops on the same fields, such as Group 27 HPPD-inhibiting herbicides commonly used in corn. It could

10

also include other biotechnology-based herbicide-tolerance systems, such as the Roundup Ready Xtend system, which uses dicamba tolerance in soybean and cotton. In short, the selection pressure that drives metabolic resistance arises from the entire herbicide program a weed population encounters over time, not from any single product.

34.    Critically, even where metabolic resistance does develop in response to a particular herbicide, it does not necessarily confer cross-resistance to other herbicides. For Group 4 herbicides specifically—the class to which 2,4-D and dicamba belong—the observed pattern of metabolic resistance differs from what has been seen with Group 1 and Group 2 herbicides, for which metabolic resistance is most prevalent and problematic. With Group 1 and Group 2 herbicides, metabolic resistance commonly results in cross-resistance to herbicides in different chemical families and sometimes entirely different modes of action. By contrast, available evidence for Group 4 herbicides indicates that metabolic resistance tends to be specific to a chemical group. In practical terms, this means that metabolic resistance to 2,4-D (a phenoxyacetic acid) does not generally produce cross-resistance to dicamba, which belongs to a different chemical group (benzoic acids) within Group 4.

35.    My own research has directly addressed this question. I have published two peer-reviewed papers characterizing a case of metabolic resistance to 2,4-D that evolved in a waterhemp population in Nebraska. Importantly, this resistance did not develop in an Enlist crop system. It arose in a grass seed production system in which conventional (non-Enlist) 2,4-D had been applied repeatedly as the primary means of controlling waterhemp for 13 years. The resulting weed population is highly resistant to 2,4-D—more than twenty times as resistant as susceptible reference populations—yet its response to dicamba remains the same as that of susceptible plants (Bernards et al., 2012, Figure 7). My team and I determined that the mechanism of resistance

11

involves elevated P450 enzyme activity, which chemically modifies the 2,4-D molecule. The modified molecules then undergo additional chemical changes that further neutralize the herbicide's toxic effects (Figueiredo et al., 2018). The modified metabolites have greatly reduced auxin signaling ability, indicating that they are much less toxic to the plant (Figueiredo et al., 2022a). In essence, the plant's enhanced metabolic activity detoxifies 2,4-D before it can cause lethal damage, but that same mechanism does not break down dicamba notwithstanding that P450 enzymes are also capable of metabolizing dicamba. This case demonstrates that even when a weed population develops P450-mediated metabolic resistance to 2,4-D, that resistance does not necessarily confer cross-resistance to other herbicides—even those that can be metabolized by P450 enzymes and are within the same MOA group.

36.    This pattern—metabolic resistance to one herbicide without cross-resistance to others—is reflected in other herbicide groups as well. For example, the one proven case of metabolic resistance to glyphosate, a Group 9 herbicide, is caused by elevated activity of an enzyme called aldo-keto reductase and has not been shown to confer cross-resistance to any other MOA (Pan et al., 2019).

37.    My ongoing research further supports the conclusion that cross-resistance among Group 4 herbicides is driven by target-site mechanisms rather than metabolic resistance. I have been investigating several populations of Palmer amaranth that have developed resistance to dicamba. These populations were collected from soybean and cotton fields that had been treated with dicamba over multiple years under the Roundup Ready Xtend system. In each of the three cases I have examined, resistance is not attributable to enhanced herbicide metabolism. While the precise mechanism of resistance in these populations has not yet been fully identified, I have been able to rule out all known non-target-site resistance mechanisms, including enhanced metabolism.

The most likely explanation is that resistance in these populations is conferred by a target-site mechanism.

38.    Plaintiffs cite a reported case from Arkansas in which a Palmer amaranth population showed cross-resistance to both 2,4-D and dicamba. I am familiar with resistance in that geographic region because I have independently investigated dicamba-resistant Palmer amaranth populations collected from Tennessee—just across the Mississippi River from the Arkansas population at issue. Based on my review of the available information and my experience with these nearby populations, it is my opinion that the cross-resistance pattern reported in Arkansas is more likely the result of a target-site mutation than of metabolic resistance.

39.    In sum, metabolic resistance to 2,4-D does not inevitably produce cross-resistance to other herbicides, even those within the same MOA group.

## IV.    2,4-D RESISTANCE WILL CONTINUE TO EVOLVE IN THE ABSENCE OF ENLIST ONE

40.    2,4-D choline (the active ingredient in Enlist One) and conventional 2,4-D ester and amine formulations share the same mode of action. As a result, any selection pressure exerted by conventional 2,4-D formulations contributes to the same resistance trajectory as 2,4-D choline.

41.    Older, conventional 2,4-D formulations (ester and amine salts) are currently registered and widely used as pre-plant burndown herbicides in U.S. row crop production and, for some crops, are also used post-emergence (Orlowski and Kells, 2022). Those older registrations and their uses would be unaffected by vacatur of the Enlist One registration. Because these older formulations share the same active ingredient and MOA as the 2,4-D choline found in Enlist One, they exert identical selection pressure on auxin-response pathways in weed populations, and any resistance likely to be caused by Enlist One will arise from the use of the other registered 2,4-D

products. Vacatur of Enlist One would therefore not eliminate 2,4-D selection pressure on weed populations.

42.     Like 2,4-D, dicamba is also a Group 4 synthetic auxin herbicide that acts on the same general auxin-response pathway as 2,4-D. To the extent that growers increase reliance on dicamba in the absence of Enlist One (Orlowski and Kells, 2022), such increased use would continue the same natural selection for target-site resistance to the Group 4 MOA class as a whole.

43.     Because 2,4-D and dicamba act on the same target receptor complex, a target-site mutation conferring resistance to either herbicide is likely to confer cross-resistance to the other. I have published research supporting this conclusion in a case of 2,4-D resistance in Indian hedge mustard (*Sisymbrium orientale*), a weed species from Australia, in which resistance is caused by a mutation in the target site co-receptor gene IAA2. When we introduced this mutant gene into the model plant *Arabidopsis thaliana*, plants carrying the mutant gene were resistant not only to 2,4-D but also to dicamba (Figueiredo et al., 2022b). This result is consistent with the expectation that, because both herbicides activate the same receptor complex, a mutation that alters that receptor can confer resistance to both simultaneously. Critically, this type of cross-resistance is not unique to 2,4-D or the Enlist One system. Rather, it is an inherent feature of any herbicide that shares a target protein with other herbicides. Such a target-site mutation could arise from use of either 2,4-D or dicamba; it is not a risk attributable solely to 2,4-D or to the Enlist system.

44.     Moreover, to the extent that P450-mediated metabolic resistance can produce cross-resistance across MOA groups, such resistance does not evolve solely from exposure to 2,4-D or Group 4 herbicides. Because P450 enzymes are capable of detoxifying structurally diverse compounds, application of non-Group 4 herbicides—such as Group 1, Group 2, or Group 27 herbicides—can select for enhanced P450 activity that also confers cross-resistance to Group 4

14

herbicides, including 2,4-D. Indeed, as discussed above, a waterhemp population repeatedly treated with Group 27 herbicides developed cross-resistance to 2,4-D despite having no known history of 2,4-D exposure. It follows that continued use of non-Group 4 herbicides would maintain selection pressure for the same metabolic resistance traits capable of conferring cross-resistance to 2,4-D, regardless of whether Enlist One remains registered.

## V.     THE DIMINISHING PORTFOLIO OF EFFECTIVE POST-EMERGENCE HERBICIDE MODES OF ACTION

45.     Widespread resistance evolution has severely compromised the efficacy of two herbicide classes that have historically been among the most widely used tools for post-emergence weed control in U.S. row crop agriculture: glyphosate (Group 9) and ALS inhibitors (Group 2). Glyphosate-resistant and ALS-inhibitor-resistant weed biotypes have been confirmed in 18 and 57 weed species, respectively, across the United States, including some of the most damaging species such as Palmer amaranth (*Amaranthus palmeri*) and waterhemp (*Amaranthus tuberculatus*) (Heap 2026).

46.     The loss of efficacy of these two major herbicide classes due to evolved resistance has dramatically narrowed the portfolio of herbicides capable of providing reliable post-emergence control of problematic grass and broadleaf weed species. Each remaining effective MOA— including the Group 10 herbicides (*i.e.,* glufosinate) and the Group 4 synthetic auxin class, to which 2,4-D, the active ingredient in Enlist One belongs—represents an increasingly scarce and irreplaceable crop-protection resource. As discussed above, the use of multiple MOAs is always critical, but it is even more so when, as we are seeing, weeds are already developing resistance to available alternatives. The preservation of every remaining effective MOA is therefore essential to sustaining viable weed management programs, and the use of all available options (either simultaneously or in rotation) preserves the effectiveness of each of the options, individually.

15

## VI.    ENLIST ONE IS AN IMPORTANT RESISTANCE MANAGEMENT TOOL

47.    The Enlist system pairs 2,4-D choline with crops engineered to express a tolerance trait, enabling post-emergence 2,4-D applications that conventional 2,4-D formulations cannot achieve due to crop injury (Orlowski and Kells, 2022). From a resistance management perspective, this post-emergence capability is significant because it provides a Group 4 MOA option at a critical timing window—after weed emergence. Post-emergence application targets weed escapes—individual plants that survive pre-season soil-applied herbicide programs—at a critical timing window before those plants can set seed and contribute additional generations of resistant genotypes to the population. By eliminating resistant individuals before they reproduce, Enlist One helps prevent resistance alleles from being deposited into the soil seed bank. Interrupting the reproductive cycle of resistant weeds is a fundamental principle of resistance management, as it directly reduces the rate at which resistance allele frequency increases across successive generations.

## VII.    CONSEQUENCES OF VACATUR ON HERBICIDE RESISTANCE TRAJECTORIES

### A.    Accelerated Resistance Development in Substitute Chemistries.

48.    Vacatur of the Enlist One registration would eliminate one of the limited Group 4 synthetic auxin post-emergence MOA options from the herbicide portfolio, leaving growers with only three post-emergence alternatives in row crop systems: glufosinate (Group 10), glyphosate (Group 9, which is already substantially compromised by widespread resistance), and dicamba (Orlowski and Kells, 2022). Concentrating selection pressure on this narrow set of remaining MOAs is precisely the condition most conducive to accelerating resistance evolution in weed populations.

16

49.     To the extent that growers increase reliance on residual herbicides (Orlowski and Kells 2022)—herbicides that remain active in the soil for a period after application, such as Group 15 chloroacetamides or Group 14 PPO inhibitors—without corresponding post-emergence MOA diversification, the resulting concentration of selection pressure on those residual chemistries would be expected to accelerate resistance evolution to those herbicides as well. This outcome follows from the same fundamental principle: sustained and repeated application of any single MOA or narrow set of MOAs intensifies the selection pressure that drives the accumulation of resistance alleles in weed populations.

50.     Waterhemp and Palmer amaranth populations have already been reported with resistance to dicamba (Bobadilla et al., 2022; Foster and Steckel 2022). Because dicamba and 2,4-D share the same MOA, target-site resistance mechanisms conferring resistance to dicamba may simultaneously confer cross-resistance to 2,4-D.  The other primary post-emergence alternative, glufosinate (Group 10), also has confirmed resistance in both waterhemp and Palmer amaranth (Werle Noe et al., 2026; Priess et al., 2022). Thus, the herbicides to which growers would be expected to shift in the absence of Enlist One are themselves already facing resistance pressure, and the concentration of additional selection pressure on those alternatives would further accelerate resistance evolution.

**B.     Soil Seed Bank Persistence Amplifies the Long-Term Resistance Consequences of Reduced Weed Control.**

51.     Even a brief cancellation of the Enlist One registration could have meaningful consequences. Weed seeds do not all germinate in the season they are produced due to seed dormancy, and seeds can persist in the soil "seed bank" for years or even decades, depending on the species. As a result, even brief lapses in weed control can massively replenish resistance traits in the soil seed bank. Any period of reduced weed control efficacy—particularly for resistant

17

biotypes—creates a long-term reservoir of seeds carrying resistance traits, and the resistant genotypes will continue to emerge across multiple subsequent growing seasons. Once resistance alleles are deposited, they cannot be readily removed, and their frequency in the emergent population remains elevated for years beyond the period of inadequate control. The loss of any effective post-emergence MOA option increases the likelihood of weed-control lapses, with compounding long-term consequences for resistance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 22, 2026

_____

Todd A. Gaines

## REFERENCES

Bernards ML, Crespo RJ, Kruger GR, Gaussoin R, Tranel PJ (2012) A waterhemp (*Amaranthus tuberculatus*) population resistant to 2,4-D. Weed Science 60 (3):379–384. doi:10.1614/ws-d-11-00170.1.

Bobadilla LK, Giacomini DA, Hager AG, Tranel PJ (2022) Characterization and inheritance of dicamba resistance in a multiple-resistant waterhemp (*Amaranthus tuberculatus*) population from Illinois. Weed Science 70 (1):4–13. doi:10.1017/wsc.2021.76

Evans CM, Strom SA, Riechers DE, Davis AS, Tranel PJ, Hager AG (2019) Characterization of a waterhemp (*Amaranthus tuberculatus*) population from Illinois resistant to herbicides from five site-of-action groups. Weed Technology 33 (3):400–410. doi:10.1017/wet.2019.19.

Figueiredo MR, Leibhart LJ, Reicher ZJ, Tranel PJ, Nissen SJ, Westra P, Bernards ML, Kruger GR, Gaines TA, Jugulam M (2018) Metabolism of 2,4-dichlorophenoxyacetic acid contributes to resistance in a common waterhemp (*Amaranthus tuberculatus*) population. Pest Management Science 74:2356–2362. doi:10.1002/ps.4811.

Figueiredo MR, Barnes H, Boot CM, Figueiredo AB, Nissen SJ, Dayan FE, Gaines TA (2022a) Identification of a novel 2,4-D metabolic detoxification pathway in 2,4-D-resistant waterhemp (*Amaranthus tuberculatus*). Journal of Agricultural and Food Chemistry 70 (49):15380–15389. doi:10.1021/acs.jafc.2c05908.

Figueiredo MR, Küpper A, Malone JM, Petrovic T, Figueiredo AB, Campagnola G, Peersen OB, Prasad KVSK, Patterson EL, Reddy ASN, Kubeš MF, Napier R, Dayan FE, Preston C, Gaines TA (2022b) An in-frame deletion mutation in the degron tail of auxin coreceptor *IAA2* confers resistance to the herbicide 2,4-D in *Sisymbrium orientale*. Proceedings of the National Academy of Sciences of the United States of America 119 (9):e2105819119. doi:10.1073/pnas.2105819119.

Foster DC, Steckel LE (2022) Confirmation of dicamba-resistant Palmer amaranth in Tennessee. Weed Technology 36 (6):777–780. doi:10.1017/wet.2022.87

Giacomini DA, Patterson EL, Küpper A, Beffa R, Gaines TA, Tranel PJ (2020) Coexpression clusters and allele-specific expression in metabolism-based herbicide resistance. Genome Biology and Evolution 12 (12):2267–2278. Doi:10.1093/gbe/evaa191.

Heap, I. The International Herbicide-Resistant Weed Database. Online. Accessed June 18, 2026. Available www.weedscience.org.

Orlowski, J. and Kells, B. 2022. Use, Usage, and Current and Future Benefits of Enlist One and Enlist Duo Herbicides in Corn, Soybean, and Cotton. U.S. Environmental Protection Agency. https://www.regulations.gov/document/EPA-HQ-OPP-2021-0957-0010.

Pan L, Yu Q, Han H, Mao L, Nyporko A, Fan L, Bai L, Powles S (2019) Aldo-keto reductase metabolizes glyphosate and confers glyphosate resistance in *Echinochloa colona*. Plant Physiology 181 (4):1519–1534. doi:10.1104/pp.19.00979.

Priess GL, Norsworthy JK, Godara N, Mauromoustakos A, Butts TR, Roberts TL, Barber T (2022) Confirmation of glufosinate-resistant Palmer amaranth and response to other herbicides. Weed Technology 36 (3):368–372. doi:10.1017/wet.2022.21.

Rigon CAG, Küpper A, Sparks C, Montgomery J, Peter F, Schepp S, Perez-Jones A, Tranel PJ, Beffa R, Dayan FE, Gaines TA (2025) Function of cytochrome P450 *CYP72A1182* in metabolic herbicide resistance evolution in *Amaranthus palmeri* populations. Journal of Experimental Botany 76 (10):2891–2907. doi:10.1093/jxb/eraf114.

Werle Noe I, Bernardi Rankrape C, Miller L, Lago E, Singh R, Lopez AJ, Hager AG, Gage KL, Tranel PJ (2026) Confirmation and transcriptomic characterization of glufosinate-ammonium resistance in waterhemp (*Amaranthus tuberculatus*) populations from Illinois. Weed Science 74 (1):e33. doi:10.1017/wsc.2026.10111.