**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| CENTER FOR FOOD SAFETY, *et al*., |
| |
| Plaintiffs, |
| |
| v. |
| |
| ENVIRONMENTAL PROTECTION AGENCY, *et al*., |
| |
| Defendants, |
| |
| and |
| |
| CORTEVA AGRISCIENCE, LLC, |
| |
| Defendant-Intervenor. |

Case No. 1:23-cv-1633

**[Proposed] ORDER GRANTING DEFENDANT-INTERVENOR'S CROSS-MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFFS' REVISED MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the motions for summary judgment in this action, the oppositions thereto, and the underlying record,

It is ORDERED that Defendant-Intervenor Corteva Agriscience LLC's Cross-Motion for Summary Judgment is GRANTED.

It is further ORDERED that Plaintiff's Revised Motion for Summary Judgment is DENIED.

IT IS SO ORDERED.

Dated:

_____
The Honorable Colleen Kollar-Kotelly
United States District Judge